# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KENNETH W. ASHFORD, : No. 77 MM 2015

        Petitioner

        v.

MICHAEL W. FLANNELLY, THOMAS R.
PEREZ, A. TAYLOR WILLIAMS,

        Respondents

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.